IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TODD JEFFREY GATES, AIS 275350, ) ) ) | |
| Petitioner, ) ) | |
| vs. ) ) | CIV. ACT. NO. 1:18-cv-270-TFM-MU |
| JOHN CROWE, ) ) | |
| Respondent. ) | |

## **ORDER**

On January 7, 2019, the Magistrate Judge entered a Report and Recommendation (Doc. 16) which recommends denial of Petitioner's present habeas petition be dismissed/denied. Plaintiff timely filed objections (Doc. 19).

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Petitioner's objections are overruled and Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Todd Jeffrey Gates' petition for writ of habeas corpus (Doc. 1), filed pursuant to 28 U.S.C. § 2254, is **DISMISSED/DENIED** because it does not state a claim for federal habeas corpus relief or, otherwise, because this Court is procedurally barred from reaching the merits of any constitutional claims Petitioner has asserted in his response to the Respondent's answer (Doc. 15).

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 3rd day of April 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE